**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01283-CV

### IN THE INTEREST OF L.S.J., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12980-Z**

## ORDER

Before the Court is appellant's April 2, 2013 petition for rehearing en banc. Appellant's

motion is **DENIED**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE